DAVID J. KAMINSKI (State Bar No. 128509)
kaminskd@cmtlaw.com
LARISSA G. NEFULDA (State Bar No. 201903)
nefuldal@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants,
ERICA L. BRACHFELD, A.P.C. and ERICA L. BRACHFELD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BUI, an individual, | CASE NO. CV 08-08297 SVW (FFMx) |
| Plaintiff, | |
| VS. | **DEFENDANT ERICA L. BRACHFELD, A.P.C.'S ANSWER TO COMPLAINT** |
| ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, a California professional corporation; | |
| Defendant. | |

**COMES NOW** Defendant, ERICA L. BRACHFELD, A.P.C. ("Defendant"), appearing itself and for no other person, firm or entity, files its Answer to the Complaint of Plaintiff, CATHERINE BUI ("Plaintiff"), an individual, by admitting, denying and alleging as follows:

1. Answering Paragraph 1 of the Complaint, Defendant admits that the United States District Court generally has jurisdiction over claims arising under 15 U.S.C. § 1692, et seq., but denies that Plaintiff has any such claim herein. Defendant also admits that generally venue would be proper if Plaintiff had a valid

1

05868.00/151742

DEFENDANT ERICA L. BRACHFELD, A.P.C.'S
ANSWER TO COMPLAINT
CASE NO. SACV08-1328 AHS (JWJx)

claim, but denies that Plaintiff has any claim herein.

2.  Answering Paragraph 2 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

3.  Answering Paragraph 3 of the Complaint, Defendant admits the allegations therein.

4.  Answering Paragraph 4 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

5.  Answering Paragraph 5 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations, and, on that basis, denies each and every allegation contained therein.

6.  Answering Paragraph 6 of the Complaint, Defendant denies that Erica Lynn Brachfeld she is a debt collector under CA Civil Code Section 1788.2(c).  As for the remaining allegations, Defendant admits the remaining allegations therein

7.  Answering Paragraph 7 of the Complaint, Defendant admits the allegations therein.

8.  Answering Paragraph 8 of the Complaint, Defendant admits that it attempted to collect a debt from Plaintiff.  As for the remaining allegations, Defendant denies the remaining allegations therein.

9.  Answering Paragraph 9 of the Complaint, Defendant admits that it attempted to collect a debt from Plaintiff.  As for the remaining allegations, Defendant denies the remaining allegations therein.

10. Answering Paragraph 10 of the Complaint, Defendant admits that it attempted to collect a debt from Plaintiff. As for the remaining allegations, Defendant denies the remaining allegations therein.

11. Answering Paragraph 11 of the Complaint, Defendant admits that it attempted to collect a debt from Plaintiff. As for the remaining allegations, Defendant denies the remaining allegations therein.

12. Answering Paragraph 12 of the Complaint, Defendant admits that it attempted to collect a debt from Plaintiff. As for the remaining allegations, Defendant denies the remaining allegations therein.

13. Answering Paragraph 13 of the Complaint, Defendant hereby incorporates all of the above paragraphs of this Answer as though fully stated herein.

14. Answering Paragraph 14 of the Complaint, Defendant denies the allegations therein.

14a. Answering Paragraph 14a of the Complaint, Defendant denies the allegations therein.

14b. Answering Paragraph 14b of the Complaint, Defendant denies the allegations therein.

14c. Answering Paragraph 14c of the Complaint, Defendant denies the allegations therein.

14d. Answering Paragraph 14d of the Complaint, Defendant denies the allegations therein.

14e. Answering Paragraph 14e of the Complaint, Defendant denies the

05868.00/151742

DEFENDANT ERICA L. BRACHFELD, A.P.C.'S
ANSWER TO COMPLAINT
CASE NO. SACV08-1328 AHS (JWJx)

allegations therein.

14f.   Answering Paragraph 14f of the Complaint, Defendant denies the allegations therein.

14g.   Answering Paragraph 14g of the Complaint, Defendant denies the allegations therein.

15.   Answering Paragraph 15 of the Complaint, Defendant denies the allegations therein.

16.   Answering Paragraph 16 of the Complaint, Defendant hereby incorporates all of the above paragraphs of this Answer as though fully stated herein.

17.   Answering Paragraph 17 of the Complaint, Defendant denies the allegations therein.

17a.   Answering Paragraph 17a of the Complaint, Defendant denies the allegations therein.

17b.   Answering Paragraph 17b of the Complaint, Defendant denies the allegations therein.

17c.   Answering Paragraph 17c of the Complaint, Defendant denies the allegations therein.

17d.   Answering Paragraph 17d of the Complaint, Defendant denies the allegations therein.

18.   Answering Paragraph 17 of the Complaint, Defendant denies the allegations therein

19.   Answering Paragraph 19 of the Complaint, Defendant hereby

05868.00/151742

DEFENDANT ERICA L. BRACHFELD, A.P.C.'S
ANSWER TO COMPLAINT
CASE NO. SACV08-1328 AHS (JWJx)

incorporates all of the above paragraphs of this Answer as though fully stated herein.

20. Answering Paragraph 20 of the Complaint, Defendant denies the allegations therein.

21. Answering Paragraph 21 of the Complaint, Defendant denies the allegations therein.

22. Answering Paragraph 22 of the Complaint, Defendant hereby incorporates all of the above paragraphs of this Answer as though fully stated herein.

23. Answering Paragraph 23 of the Complaint, Defendant denies the allegations therein.

24. Answering Paragraph 24 of the Complaint, Defendant denies the allegations therein.

25. Answering Paragraph 25 of the Complaint, Defendant denies the allegations therein.

26. Answering Paragraph 26 of the Complaint, Defendant hereby incorporates all of the above paragraphs of this Answer as though fully stated herein.

27. Answering Paragraph 27 of the Complaint, Defendant denies the allegations therein.

28. Answering Paragraph 28 of the Complaint, Defendant denies the allegations therein.

///

05868.00/151742

DEFENDANT ERICA L. BRACHFELD, A.P.C.'S
ANSWER TO COMPLAINT
CASE NO. SACV08-1328 AHS (JWJx)

## PRAYER

29. Answering Paragraph 1 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

30. Answering Paragraph 2 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

31. Answering Paragraph 3 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

32. Answering Paragraph 4 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

33. Answering Paragraph 5 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

34. Answering Paragraph 6 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

35. Answering Paragraph 7 of the Prayer, Defendant denies Plaintiff is entitled to the relief requested.

36. Answering Paragraph 8 of the Prayer, Defendant denies Plaintiff is entitled to any other relief.

## FIRST AFFIRMATIVE DEFENSE

37. As a separate, affirmative defense, Defendant alleges that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

38. As a separate, affirmative defense, Defendant alleges that the alleged

03868.00/151742

DEFENDANT ERICA L. BRACHFELD, A.P.C.'S
ANSWER TO COMPLAINT
CASE NO. SACV08-1328 AHS (JWJx)

actions of defendants were proper and did not violate any provisions of 15 U.S.C. § 1692 et. seq.

### THIRD AFFIRMATIVE DEFENSE

39.  As a separate, affirmative defense, Defendant alleges that at all times mentioned in the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of the Defendant was justified under the circumstances based on information reasonably available to this answering Defendant.

### FOURTH AFFIRMATIVE DEFENSE

40.  As a separate, affirmative defense, Defendant alleges that the alleged actions of the Defendant were not accompanied by actual malice, intent or ill will.

### FIFTH AFFIRMATIVE DEFENSE

41.  As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by California Civil Code Section 1788.30.

### SIXTH AFFIRMATIVE DEFENSE

42.  As a separate, affirmative defense, Defendant allege that Defendant's conduct, communications and actions, if any, were privileged.

### SEVENTH AFFIRMATIVE DEFENSE

43.  As a separate, affirmative defense, assuming arguendo that this Defendant violated a statute alleged in the Complaint, which presupposition the

Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### EIGHTH AFFIRMATIVE DEFENSE

44. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant was proper and did not violate any provisions of California Civil Code Section 1788, et seq.

### NINTH AFFIRMATIVE DEFENSE

45. As a separate, affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged pursuant to 15 U.S.C. § 1692(k)c).

### TENTH AFFIRMATIVE DEFENSE

46. As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by 15 U.S.C. § 1692(k)(a)(1), § 1692(k)(a)(2)(A), § 1692(k)(a)(3) and 15 U.S.C. § 1692(k)(b)(1).

### ELEVENTH AFFIRMATIVE DEFENSE

47. As a separate, affirmative defense, Defendant reserves the right to allege and assert any additional and/or further affirmative defenses as become apparent to Defendant during the course of this litigation.

### TWELFTH AFFIRMATIVE DEFENSE

48. Plaintiff's Complaint and each purported causes of action alleged therein against Defendant fails to allege facts sufficient to constitute extreme or

outrageous conduct, and therefore fails to state a cause of action for emotional distress.

      **WHEREFORE**, this answering Defendant prays,

1. That Plaintiff take nothing by reason of her Complaint;
2. For judgment in favor of Defendant, and against Plaintiff;
3. For costs of suit and reasonable attorneys' fees incurred; and
4. For such other and further relief as the Court may deem just and proper.

DATED: March 4, 2009          CARLSON & MESSER LLP

By   /s/ David J. Kaminski
David J. Kaminski
Larissa G. Nefulda
Attorneys for Defendants,
ERICA L. BRACHFELD, A.P.C. and
ERICA L. BRACHFELD

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045