Aidan W. Butler (SBN 208399)
Attorney at Law
3540 Wilshire Blvd. Suite 1030
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178

Attorneys for Plaintiff CATHERINE BUI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BUI, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERICA L. BRACHFELD, A PROFESSIONAL CORPORATION, a California professional corporation; ERICA LYNN BRACHFELD, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: CV08-08297 SVW (FFMx)**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION AND SPECIAL INTERROGATORIES.**<br><br>**[JOINT STIPULATION AND [PROPOSED] ORDER FILED CONCURRENTLY]**<br><br>**DATE: June 23, 2009**<br>**TIME: 10:00 am**<br>**COURTROOM: E (9th Floor Spring St.)**<br><br>**Discovery Cut-Off: None Set**<br>**Pretrial Conference: 7/20/09**<br>**Trial Date: 7/28/09** |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on June 23, 2009, at 10:00 am in courtroom 9-E of the above-entitled Court located at 312 N. Spring Street in Los Angeles, California, plaintiff CATHERINE BUI will and hereby does move the Court for an order compelling defendant ERICA L. BRACHFELD to provide further responses to Plaintiff's requests for production of documents set one, requests number 3, 4, 5, 6, 7, 13, and 15; and special interrogatories, set one, number 2, 10, and 13.

Further, Plaintiff will and hereby does request monetary sanctions against

defendant ERICA L. BRACHFELD at the Court's discretion under Federal Rule of Civil Procedure 37(a).

Plaintiff's motion will be based upon this Notice, the parties' Joint Stipulation, the [proposed] order, and the supplemental memorandum allowed under Local Rule 37-2.3.

DATED: June 1, 2009                             Respectfully submitted,


                                    By:   */S/ Aidan W. Butler*
                                          Aidan W. Butler
                                          Attorney for Plaintiff
                                          CATHERINE BUI