UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8297 SVW (FFMx) | Date | June 23, 2009 |
|---|---|---|---|
| Title | CATHERINE BUI v. ERICA L. BRACHFELD, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | CS 06/23/09 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Aidan Butler | Larissa Nefulda |

**Proceedings:** **PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS**

Case called. Counsel make their appearance.

Court hears arguments.

Plaintiff's motion to compel is granted in part and denied in part as stated on the record.

Responses due by June 30, 2009.

Plaintiff's motion for sanctions is denied.

                                                                                      :     12
                                                        Initials of Preparer          JM