1  CHARLES R. MESSER (State Bar No. 101094)
   MesserC@cmtlaw.com
2  MICHAEL P. LAVIGNE (State Bar No. 216538)
   LavigneM@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendants,
   ERICA L. BRACHFELD, A.P.C. and ERICA L.
7  BRACHFELD

8
                    IN THE UNITED STATES DISTRICT COURT
9
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  CATHERINE BUI, an individual,     )   CASE NO. CV 08-08297 SVW (FFMx)
                                      )
12              Plaintiff,            )
                                      )
13      VS.                           )   **STIPULATION RE DISMISSAL OF
                                      )   ENTIRE ACTION AND ALL
14                                    )   PARTIES, WITH PREJUDICE**
    ERICA L. BRACHFELD, A             )
15  PROFESSIONAL                      )
    CORPORATION, and ERICA L.         )   **Magistrate Judge Frederick F. Mumm**
16  BRACHFELD,                        )
                                      )
17              Defendants.           )
                                      )
18                                    )
                                      )
19  _____ )

20      **IT IS HEREBY STIPULATED BY AND BETWEEN** Defendants,

21  ERICA L. BRACHFELD, A.P.C. and ERICA L. BRACHFELD (hereinafter

22  "Defendants") and Plaintiff, CATHERINE BUI through their respective counsel of

23  record, that pursuant to FRCP 41 (a)(1) this action be dismissed in its entirety with

24  prejudice.

25  / / /

26  / / /

27  / / /

28

                                    **1**

1     Each party shall bear its own costs and expenses.

2

3   DATED: November 6, 2009          LAW OFFICES OF AIDAN BUTLER

4

5                                    By   /s/ Aidan Butler
                                         Aidan Butler
6                                        Attorneys for Plaintiff,
                                         CATHERINE BUI
7

8
    DATED: November 6, 2009          CARLSON & MESSER LLP
9

10

11                                   By      /s/ Michael P. Lavigne
                                         Charles R. Messer
12                                       Michael P. Lavigne
                                         Attorneys for Defendants,
13                                       ERICA L. BRACHFELD, A.P.C.
                                         and ERICA L. BRACHFELD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28